FILED
2016 OCT 31 PM 3:32
CLERK
U.S. DISTRICT COURT

Michael R. Johnson (7070)
Kamie F. Brown (8520)
Matthew M. Cannon (11265)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 531-7543
mjohnson@rqn.com
kbrown@rqn.com
mcannon@rqn.com

*Attorneys for Plaintiff Commissions Import Export, S.A.*

---

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF THE CONGO,<br><br>Defendant. | **ORDER GRANTING**<br>**EX PARTE MOTION TO**<br>**TRANSFER CASE NO. 1:16-CV-151**<br>**TO JUDGE JENKINS**<br><br>Civil No. 2:16-CV-00404<br><br>Honorable Bruce Jenkins |

---

Before the Court is Plaintiff Commissions Import Export, S.A.'s *Ex Parte Motion to Transfer Case No. 1:16-CV-161 to Judge Jenkins* (Docket No. 76). The Court, having considered the motion, and good cause appearing, **GRANTS** the motion.

**IT IS HEREBY ORDERED** that Case No. 1:16-cv-151, *Commisimpex v. Congo et al.*, currently assigned to Magistrate Judge Furse, be immediately transferred and reassigned to Judge Jenkins.

DATED this **31**<sup>st</sup> day of October 2016.

BY THE COURT:

Bruce S. Jenkins
U.S. District Court Senior Judge

2