FILED
2017 SEP 29 AM 9:43
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT, S.A., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF CONGO, <br><br> Defendants. | **ORDER** <br><br> Case No. 2:16-CV-00404-BSJ <br><br> District Judge Bruce S. Jenkins |

The court conducted a status conference in this case on September 26, 2017, and appearances were made as follows: Matthew M. Cannon appeared on behalf of Plaintiff; and Robert Grahame Barnes and James W. Anderson appeared on behalf of Garnishee (Robert Grahame Barnes appearing by telephone). After conversing with counsel, and without objection, the court closes this action administratively.

**IT IS HEREBY ORDERED** that Case No. 2:16-cv-404, *Commissions Import Export S.A. v. Republic of the Congo*, is administratively closed.

DATED this **29**th day of September, 2017.

Bruce S. Jenkins
United States District Judge